

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| WAL-MART STORES TEXAS, L.P., | | No. 08-14-00251-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 3 |
| | § | |
| EVELYN VIGO, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2011-086) |
| | § | |

## **MEMORANDUM OPINION**

Pending before the Court is a motion filed by Appellant, Wal-Mart Stores Texas, L.P., to dismiss the appeal pursuant to TEX.R.APP.P. 42.1 because the dispute between the parties has been resolved. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).


May 15, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating